IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 1:10-cr-00456-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    LOUIS CONSTANTINE HAMPERS,
       a/k/a Mark Hampton,
       a/k/a Marc O'Hara,
       a/k/a Carl O'Hanlon,
       a/k/a Lou Gray,
       a/k/a Louis Gray,

       Defendant.

## DEFENDANT'S SECOND UNOPPOSED MOTION FOR LEAVE EXCEPTIONS

COMES NOW the Defendant, Louis Hampers, by and through counsel, Richard Tegtmeier and Tegtmeier Bednarski Law Firm, LLC, and Craig Gillen and Gillen Withers & lake, LLC, and moves this court for leave exceptions to his lockdown status and as grounds states:

    1.    On October 5, 2010 the Court allowed Dr. Hampers' release under certain conditions, including home detention and GPS monitoring. As of the filing of this motion, Dr. Hampers is in his home and remains there pursuant to the Court's Order. However, the GPS monitoring has not yet been installed in order to allow Dr. Hampers to leave his home for allowed exceptions to the home detention.

2.       Due to the Court's prior Order, Dr. Hampers is not allowed to leave his home in order to manage his legal and medical affairs until the GPS monitoring is in place. It is undersigned counsel's understanding that the GPS monitoring may not be installed by the U.S. Probation Department for at least another week or more.

3.       Dr. Hampers requests leave exceptions for the following:

   a.    To attend all required court appearances in other jurisdictions, including Denver County Court, Denver, Colorado, regarding People v. Hampers, case number 10M12383 for which Dr. Hampers has bonded. Pursuant to the bond conditions, Dr. Hampers must appear in person for all appearances.

   b.    To attend required court appearances in El Paso County Court, Colorado Springs, Colorado regarding Sandra Ebersohl v. Louis Hampers, 10C2091, a restraining order matter filed by Sandra Ebersohl.

   c.    To attend family counseling sessions for his sons with Theodore Gaensbauer, M.D. as required by Dr. Gaensbauer.

   d.    To attend counseling and therapy sessions as referred by CPHP with Gary L. Martz, M.D. as required by Dr. Martz.

   e.    To attend other medical appointments as required by Dr. Hampers' physicians.

4.       Undersigned counsel has conferred with AUSA Greg Holloway who has no opposition to this motion.

WHEREFORE, Dr. Hampers moves for leave exceptions for the above-listed activities.

Respectfully submitted this 19th day of October, 2010.

                TEGTMEIER BEDNARSKI LAW FIRM, LLC

                *s/ Richard Tegtmeier*

                Richard Tegtmeier, #2544
                Richard Bednarski, #31157
                104 South Cascade Ave. Ste 200
                Colorado Springs, CO 80903
                719-473-5757
                719-473-6767 (fax)
                LAWYERS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2010, I electronically filed the foregoing **DEFENDANT'S SECOND MOTION FOR LEAVE EXCEPTIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Greg Holloway
Email: gregory.holloway@usdoj.gov

Craig Gillen
Email: cgillen@gwllawfirm.com

*s/ Devon O. Ryan*
_____