**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number 10-cr-00456-REB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LOUIS CONSTANTINE HAMPERS, ) | |
| ) | Judge Blackburn |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR GOVERNMENT TO FILE
RESPONSES TO DEFENDANT'S PRETRIAL MOTIONS**

COMES NOW, Louis Constantine Hampers, Defendant in the above-captioned matter, by and through the undersigned counsel, and hereby files this Consent Motion for Government to File Responses to Defendant's Pretrial Motions, and moves this honorable Court to grant the Government an extension of time in which to file any responses to the pretrial motions filed by Defendant on October 22, 2010, until a later time ordered by the Court or until November 10, 2010, and shows the following:

On October 22, 2010, Dr. Hampers filed various pretrial motions in the above captioned action. Among the motions filed by Dr. Hampers was a Consent Motion to Exclude Time from Speedy Trial Calculation, in which the defense requested that the Government not be required to file responses to the defense's motions until further order of the Court.

This Court has set a hearing on Dr. Hampers' Consent Motion to Exclude Time from Speedy Trial Calculation for November 3, 2010. Counsel for Dr. Hampers has conferred with counsel for the Government, and counsel for the Government and the defense request that the Government not be required to file responses to Dr. Hampers' motions prior to the November 3,

2010, hearing. Counsel for the parties further request that, if the Government is not permitted to file responses to Dr. Hampers' motions at later time, the Government at least be granted an extension of time of one week after the date of the hearing in which to file any responses to Dr. Hampers' motions.

WHEREFORE, for the reasons set forth herein, Defendant Louis Constantine Hampers and the Government respectfully request that this Court grant the Consent Motion for Government to File Responses to Defendant's Pretrial Motions and extend the time in which the Government may file responses to any pretrial motions filed by Defendant in this matter until a later date ordered by the Court at the hearing on November 3, 2010, or until and including until November 10, 2010.

Respectfully submitted, this 27th day of October, 2010.

GILLEN WITHERS & LAKE, LLC

s/Craig A. Gillen
Craig A. Gillen
Georgia Bar No. 294838
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:   (404) 842-9700
Facsimile:   (404) 842-9750
E-mail:      cgillen@gwllawfirm.com

TEGTMEIER BEDNARSKI LAW FIRM, LLC

s/ Richard Tegtmeier
Richard Tegtmeier, #2544
Richard Bednarski, #31157
104 South Cascade Avenue
Suite 200
Colorado Springs, Colorado 80903
Telephone: 719-473-5757
Facsimile:  719-473-6767

COUNSEL FOR DR. LOUIS HAMPERS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 27th day of October, 2010, the undersigned electronically filed the foregoing document, using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

**Gregory Allen Holloway , Esq.**
**Assistant United States Attorney**
Gregory.Holloway@usdoj.gov

**Debbie Azua-Dillehay, Esq.**
**Assistant United States Attorney**
Debbie.Azua-Dillehay@usdoj.gov

GILLEN WITHERS & LAKE, LLC

**s/Craig A. Gillen**
Craig A. Gillen
Georgia Bar No. 294838
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:   (404) 842-9700
Facsimile:   (404) 842-9750
E-mail:      cgillen@gwllawfirm.com

TEGTMEIER BEDNARSKI LAW FIRM, LLC

**s/ Richard Tegtmeier**
Richard Tegtmeier, #2544
Richard Bednarski, #31157
104 South Cascade Avenue
Suite 200
Colorado Springs, Colorado 80903
Telephone: 719-473-5757
Facsimile:  719-473-6767

COUNSEL FOR DR. LOUIS HAMPERS