**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00456-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LOUIS CONSTANTINE HAMPERS,
      a/k/a Mark Hampton,
      a/k/a Marc O'Hara,
      a/k/a Carl O'Hanlon,
      a/k/a Lou Gray, and
      a/k/a Louis Gray,

      Defendant.

**MINUTE ORDER**[1]

On June 2, 2011, the **Defendant's Notice of Disposition** [#77] was filed. Pursuant to the order issued by the court in the April 15, 2011, status conference, the further status conference set for June 3, 2011, is **VACATED**.

      **IT IS FURTHER ORDERED** as follows:

      1.  That on **June 7, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing; and

      2.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  June 3, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.