IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00456-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LOUIS CONSTANTINE HAMPERS,
    a/k/a Mark Hampton,
    a/k/a Marc O'Hara,
    a/k/a Carl O'Hanlon,
    a/k/a Lou Gray, and
    a/k/a Louis Gray,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on the probation department's memo, dated September 13, 2011, indicating that the parties are requesting a one month continuance of the sentencing in this matter. The request is reasonable and therefore should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the sentencing hearing set for October 20, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

2. That on **September 26, 2011**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter; and

3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: September 13, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.