# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00456-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LOUIS CONSTANTINE HAMPERS,
    a/k/a Mark Hampton,
    a/k/a Marc O'Hara,
    a/k/a Carl O'Hanlon,
    a/k/a Lou Gray, and
    a/k/a Louis Gray,

    Defendant.

---

## MINUTE ORDER[1]

---

On September 26, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** that on **January 20, 2012**, commencing at 1:30 p.m., the court shall conduct the sentencing hearing in this matter. The court reserves the remainder of the day for this hearing.

    Dated: September 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.