**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.: 1:10-cr-00456-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LOUIS CONSTANTINE HAMPERS,

    Defendant.

---

**ORDER RE: UNOPPOSED MOTION TO RELEASE PASSPORT**

---

THE COURT being fully advised, does hereby GRANT the Defendant's Motion to Release Passport [#183] filed August 12, 2015.  The Clerk of the Court is hereby ORDERED to release the passport of Louis Constantine Hampers to the defendant, Louis C. Hampers, or to his counsel, Richard Tegtmeier, Esq.

Dated August 14, 2015, at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Bob Blackburn*
                                Robert E. Blackburn
                                United States District Judge